UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 24, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL KWOKA,

Defendant.

Case No. 2:19-mj-00082-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL KWOKA,

Case No. 2:19-mj-00082-CKD Charge 21 USC § 841(a)(1), 841(b)(1)(C) and 846,

from custody for the following reasons:

    X    Release on Personal Recognizance, without PTS supervision.

          Bail Posted in the Sum of $ \_\_\_\_\_

          Unsecured Appearance Bond $ \_\_\_\_\_

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other): Must appear at next Court date before

    X    Magistrate Judge Carla Carry on 6/6/2019 at 3 PM at

          4th fl, 400 S. Virginia St. Reno, NV

Issued at Sacramento, California on May 24, 2019 at 2:27 pm

By: _[signature]_

Magistrate Judge Carolyn K. Delaney

no contact w/ co-Ds except through counsel.